## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1    RICHARD BANJOH,
      a.k.a. "Peter Showbawale," & "Tyson,"

Defendant.

_____/

> Case:2:11-cr-20089
> Judge: Borman, Paul D
> MJ: Majzoub, Mona K
> Filed: 02-17-2011 At 04:40 PM
> INDI: USA V. SEALED MATTER (KB)

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. § 952)
*Importation of Heroin*

D-1    RICHARD BANJOH, a.k.a. "Peter Showbawale," & "Tyson"

On or about June 24, 2008, the defendant, RICHARD BANJOH, did intentionally and

knowingly import from the country of Dubai, United Arab Emirates into the United States,

Eastern District of Michigan, Southern Division, 100 grams or more of a mixture and substance

containing a detectable amount of Heroin, a Schedule I controlled substance, all in violation of

Title 21, United States Code Sections 952 and 960.

### COUNT TWO
(21 U.S.C. §§ 952 & 846)
*Conspiracy to Import Heroin*

D-1    RICHARD BANJOH, a.k.a. "Peter Showbawale," & "Tyson"

On or about April 12, 2010 through April 19, 2010, the defendant, RICHARD BANJOH,

did knowingly, intentionally and unlawfully conspire, combine, confederate and agree, with each

other and other persons, whose names are both known and unknown to the grand jury, to commit

an offense against the United States, that is, to intentionally and knowingly import from the

country of Pakistan into the United States, Eastern District of Michigan, Southern Division, 200

grams or more of a mixture and substance containing a detectable amount of Heroin, a Schedule I

controlled substance, all in violation of Title 21, United States Code Sections 952 and 960; and

Title 21, United States Code Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that

this violation involved 200 grams or more of a mixture or substance which contains Heroin, a

Schedule I controlled substance.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

BARBARA L. MCQUADE
United States Attorney

*s/Terrence R. Haugabook*
TERRENCE R. HAUGABOOK
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9157
Terrence.Haugabook@usdoj.gov

Dated: February 17, 2011

# ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes      X No | AUSA's Initials: TRH  *Terr* |

**Case Title:** USA v.  Richard Banjoh _____

**County where offense occurred :** Macomb _____

**Check One:**      X Felony            ☐ **Misdemeanor**            ☐ **Petty**

    _X_ Indictment/____ Information --- **no** prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number: ]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____

> Case:2:11-cr-20089
> Judge: Borman, Paul D
> MJ: Majzoub, Mona K
> Filed: 02-17-2011 At 04:40 PM
> INDI: USA V. SEALED MATTER (KB)

- ☐   Original case was terminated; no additional charges or defendants.
- ☐   Corrects errors; no additional charges or defendants.
- ☐   Involves, for plea purposes, different charges or adds counts.
- ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 17, 2011
_____
Date

*Terrence Haugabook*

TERRENCE R. HAUGABOOK
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9157
Fax: (313) 226-5464
E-Mail address: Terrence.Haugabook@usdoj.gov
Attorney Bar #: P-44554

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04