UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                               Criminal No. 11-CR-20089

v.

                               Honorable Paul D. Borman

Richard Banjoh,

     Defendant.

_____/

**GOVERNMENT'S MOTION, SUPPORTING BRIEF
AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT**

The United States of America hereby moves for an order unsealing the

Indictment and Arrest Warrant  in this case, and states:

1.  The Indictment and Arrest Warrant in this case charges the Defendant

    with one or more federal crimes.

2.  Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which

    authorizes this Court to seal indictments, implicitly authorizes this Court

    to unseal indictments.

3.  The government requests that the Indictment and Arrest Warrant be

    unsealed because, though the defendant has not been arrested on this

    Indictment, the ends of justice are best served by dismissing the

    indictment against him.

WHEREFORE, the government requests this Court to issue an order unsealing

the Indictment and Arrest Warrant.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


*s/Julie Beck*
Julie Beck  P53291
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Julie.Beck@usdoj.gov
(313) 226-9717

Dated:  December 3, 2021


**IT IS SO ORDERED.**

**s/JONATHAN J.C. GREY**
Jonathan J.C. Grey
United States Magistrate Judge

Entered: December 3, 2021